UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISRAEL VASQUEZ, #47066-177, Movant, | § § § § | |
| v. | § § | CIVIL NO. 3:21-CV-1515-B-BK (CRIMINAL NO. 3:14-CR-266-B-9) |
| UNITED STATES OF AMERICA, Respondent. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. And the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 19th day of August, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE